Laura E. Krank
Attorney at Law: 220208
Law Offices of
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
Sy Vongsanan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY VONGSANAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant | Case No.: 1:09-CV-00145 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of $4,000.00, as authorized by 28 U.S.C. § 2412(d) and subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

    Dated:   __July 23, 2010__          _____/s/ Jennifer L. Thurston_____
                                        UNITED STATES MAGISTRATE JUDGE