Laura E. Krank
Attorney at Law: 220208
Law Offices of
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
Sy Vongsanan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY VONGSANAN, ) | Case No.: 1:09-CV-00145 JLT |
| Plaintiff, ) ) | AMENDED ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| vs. ) | ATTORNEY FEES PURSUANT TO |
| MICHAEL J. ASTRUE, ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, ) ) | |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that EAJA fees are awarded in the amount of $4,000.00, as authorized by 28 U.S.C. § 2412(d) and subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated: **July 29, 2010**                    **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE